UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 11-656 (KSH) |
| ANTOINE C. TUCKER | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (by André M. Espinosa, Assistant U.S. Attorney), and defendant Antoine C. Tucker ("Defendant") (by Patrick McMahon, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and Defendant being aware that he has the right under 18 U.S.C. § 3161(c)(1) to a trial within seventy (70) days of his indictment; and Defendant, through counsel, having waived such rights and consented to the continuance; and no prior continuances having been granted by the Court; the parties hereby request a continuance, pursuant to 18 U.S.C. § 3161(h), to permit the time necessary for the parties to reach a plea agreement; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and Defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h), the ends of justice served by granting the continuance outweigh the best interest of the public and Defendant in a speedy trial.

IT IS, therefore, on this 18th day of November, 2011,

ORDERED that this action be, and it hereby is, continued from November 18, 2011, through January 17, 2012; and it is further

ORDERED that the period from November 18, 2011, through January 17, 2012; shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KATHARINE HAYDEN
United States Magistrate Judge

I hereby consent to the form
and entry of this order

André M. Espinosa
Assistant United States Attorney

Pat McMahon, Esq.
Counsel for Defendant