UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ANTOINE TUCKER, CRIM. NO. 11-656 (KSH)

## PETITION FOR
## WRIT OF HABEAS CORPUS

( ) Ad Prosequendum          ( X ) Ad Testificandum

1. **ANTOINE TUCKER, SBI #000213039D,** ▮▮▮▮▮▮▮ (hereinafter the "Detainee") is now confined at the Central Reception & Assignment Facility

2. The Detainee is charged in this District by: (X) Indictment   ( ) Information   ( ) Complaint with a violation of Title 18:922(g)(1)

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at U.S. Marshals, NEWARK, New Jersey, for a plea hearing before the Honorable Katharine S. Hayden, on Tuesday, January 24, 2012, at ~~10:00~~ a.m. in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

1/23/12 @ 3:00

DATED: January 17, 2012

ANDRE M. ESPINOSA
Assistant U.S. Attorney
Petitioner

# ORDER

Let the Writ Issue.

DATED: January 17th, 2012

_____
Hon. Katharine S. Hayden

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Central Reception & Assignment Facility:

WE COMMAND YOU that you have the body of

**ANTOINE TUCKER**
**SBI #000213039D,** ███████

now confined at the Central Reception & Assignment Facility, PO Box 6450, Trenton, New Jersey 08628 (tel. 609-984-6000), brought to the U.S. Marshal's in Newark, New Jersey, on January 24, 2012, at ~~10:00~~ a.m., so that the Detainee may participate in a plea hearing before Judge Katharine S. Hayden, beginning at 10:00 a.m., at the United States District Court, Newark, New Jersey.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

> WITNESS the Honorable Katharine S. Hayden
> United States Magistrate Judge
> Newark, New Jersey.

DATED: January 17, 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk

*[Handwritten annotations: "@ 3:00", "1/23/12", "40"]*