UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ANTOINE TUCKER, CRIM. NO. 11-656 (KSH)

## PETITION FOR
## WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum  ( ) Ad Testificandum

1. **ANTOINE TUCKER, SBI #000213039D, DOB:** ███████ hereinafter the "Detainee") is now confined at the Bayside State Prison, 4293 RT. 47, Leesburg, New Jersey.

2. The Detainee is charged in this District by: (X) Indictment  ( ) Information  ( ) Complaint with a violation of Title 18:922(g)(1)

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at U.S. Marshals, NEWARK, New Jersey, for sentencing before the Honorable Katharine S. Hayden, on Monday, July 16, 2012 at 1:00 p.m. in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: June 20, 2012

_____
AARON H. MENDELSOHN
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: June 20th, 2012

_/s/ Katharine S. Hayden_
Hon. Katharine S. Hayden

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Bayside State Prison:

WE COMMAND YOU that you have the body of

**ANTOINE TUCKER**
**SBI #000213039D, DOB:** ███

**now confined at the Bayside State Prison**
**4293 RT. 47**
**Leesburg, NJ 08327**
**(856) 785-0040**

be brought to the U.S. Marshal's in Newark, New Jersey, on Monday, July 16, 2012 at 1:00 p.m., so that the Detainee may participate in a sentencing hearing before Judge Katharine S. Hayden beginning at 1:00 p.m. at the United States District Court, Newark, New Jersey.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

 WITNESS the Honorable Katharine S. Hayden
 United States District Judge
 Newark, New Jersey.

DATED: June 20, 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
 Deputy Clerk