UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ANTOINE TUCKER, CRIM. NO. 11-656 (KSH)

## PETITION FOR
## WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum             ( ) Ad Testificandum

1. **ANTOINE TUCKER, SBI #000213039D,** ▓▓▓▓▓▓▓ (hereinafter the "Detainee") is now confined at the Bayside State Prison, 4293 RT. 47, Leesburg, New Jersey.

2. The Detainee is charged in this District by: (X) Indictment    ( ) Information    ( ) Complaint with a violation of Title 18:922(g)(1)

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at U.S. Marshals, NEWARK, New Jersey, for sentencing before the Honorable Katharine S. Hayden, on Monday, September 10, 2012 at 2:00 p.m. in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: September 5, 2012

                                            AARON MENDELSOHN
                                            Assistant U.S. Attorney
                                            Petitioner

# ORDER

Let the Writ Issue.

DATED: September __, 2012

_____
Hon. Katharine S. Hayden

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Bayside State Prison:

WE COMMAND YOU that you have the body of

**ANTOINE TUCKER**
**SBI #000213039D,** ~~████████████~~

**now confined at the Bayside State Prison**
**4293 RT. 47**
**Leesburg, NJ 08327**
**(856) 785-0040**

be brought to the U.S. Marshal's in Newark, New Jersey, on Monday, September 10, 2012 at 1:00 p.m., so that the Detainee may participate in a sentencing hearing before Judge Katharine S. Hayden beginning at 2:00 p.m. at the United States District Court, Newark, New Jersey.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

       WITNESS the Honorable Katharine S. Hayden
       United States District Judge
       Newark, New Jersey.

DATED: September __, 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
     Deputy Clerk